**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2309**

ANNIE FANT,

                Plaintiff - Appellant,

      v.

WAL-MART STORES, INC.,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:15-cv-00474-JAG)

Submitted:  February 25, 2016     Decided:  February 29, 2016

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Annie Fant, Appellant Pro Se.  Antoinette Morgan Walker, MORRIS & MORRIS, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annie Fant appeals the district court's order dismissing her complaint under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fant v. Wal-Mart Stores, Inc., No. 3:15-cv-00474-JAG (E.D. Va. Oct. 7, 2015). We grant Fant's motion for leave to proceed in forma pauperis, but deny as moot her motion to expedite the decision. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED